CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUN 2 8 2005

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## DANVILLE DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 4:03-CR-70123 |
| v. | ORDER |
| GEORGE DESHAWN MOORE,<br><br>*Defendant.* | JUDGE NORMAN K. MOON |

This matter is before the Court on the Government's Motion in Limine, filed March 24, 2005 (Document # 52). The Court held a hearing on this Motion, among others, on March 28, 2005. At the Court's request, the Government refiled its Motion with a supporting memorandum of law on May 9, 2005 (Document # 66). Defendant filed a memorandum in opposition to the Government's Motion on May 11, 2005 (Document # 67). In its Motion, the Government requests that Defendant be prohibited from arguing that his appearance for trial, in conjunction with his co-defendant's absence, is indicative of his innocence and his co-defendant's guilt. For the reasons stated in the accompanying Memorandum Opinion, the Court DENIES the Government's Motion in Limine.

The Clerk of the Court is directed to send a certified copy of this Order to all counsel of record.

ENTERED: _Norman K. Moon_

U.S. District Judge

June 28, 2005

Date