CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
SEP 0 2 2005
JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> GEORGE DESHAWN MOORE, <br><br> *Defendant.* | CRIMINAL CASE NO. 4:03-CR-70123 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

This matter is before the Court on Defendant's Post Trial Motions for Judgment of Acquittal and for New Trial, filed August 3, 2005. For the reasons stated on the record at trial when denying Defendant's first Motion for Acquittal, the Court DENIES Defendant's post-trial motion for acquittal and for a new trial.

An appropriate Order shall issue.

The Clerk of the Court is directed to send a certified copy of this Order to all counsel of record.

ENTERED: *Norman K. Moon*

U.S. District Judge

9/2/05

Date